ACCEPTED
06-14-00109-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/1/2015 8:49:50 AM
DEBBIE AUTREY
CLERK

NO. 06-14-00109-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/1/2015 8:49:50 AM
DEBBIE AUTREY
Clerk

IN THE COURT OF APPEALS

SIXTH DISTRICT OF TEXAS

AT TEXARKANA

_____

MARLO DONTA PERSONS,
APPELLANT

v.

THE STATE OF TEXAS,
APPELLEE

## APPELLANT'S MOTION FOR LEAVE TO FILE

## A SUPPLEMENTAL BRIEF

TO BRIEF FILED AS APPEAL FROM THE 354TH JUDICIAL DISTRICT COURT OF HUNT COUNTY, TEXAS, TRIAL COURT CAUSE NO. 29,371. SUPPLEMENTAL BRIEF IS FOR APPEAL OF MOTION TO SUPPRESS HEARD BY THE COURT ON FEBURARY 18, 2014

Appellant asks the Court to permit *him* to *supplement his* brief based on this issue of the motion to suppress that was heard by the Court as a Motion To Suppress separately from the trial and the trial brief does not make appellate arguments on the hearings by the Court.

### A. INTRODUCTION

1. Appellant is Marlo Donta Persons.

### B. ARGUMENT & AUTHORITIES

2. A court of appeals may permit a party to {*amend/supplement*} a brief whenever justice requires under Texas Rule of Appellate Procedure 38.7.

3. Appellant has good cause to supplement his brief of the trial.

4. On or about March 1, 2015, Attorney Tara N. Long of 2656 South Loop West was asked by the family of appellant to review the file and record of the motion to suppress hearing. On or about March 23, 2015, and after communicating with the appellant's attorney of record, Elisha Hollis, it was decided that a supplemental brief concerning the motion to suppress hearing be filed on behalf of appellant concerning possible errors of the Court at the Motion To Suppress hearing because the matters were omitted by his attorney of record. The issue omitted was concerning profiling and finding no outside or facts to support the profile findings during the detention of the appellant.

5. The arresting officer was too intrusive during his detention of the driver of the vehicle and the consent to search was not voluntarily given to the officer.

6. The Court should allow Appellant to file *a supplemental brief* because reversible error at the motion to suppress hearing and oral argument in this case has not been scheduled, and the filing of *a supplemental brief* will not delay the submission of the appeal.

7. Justice requires that the court review the hearing that is the subject of the *supplementation* of the trial brief. Proper protections of the records were made by trial counsel and the evidence supports a order of dismissal because evidence presented.

## C. CONCLUSION

8. The Motion to suppress was timely filed and heard by the trial court. If the issues are not reviewed by the Appeals Court the time to make a timely presentations of issues for appeal will be loss by the appellant.

## D. PRAYER

11. For these reasons, Appellant asks the Court to grant this motion to *supplement* the Brief of the Trial that was submitted previously.

Respectfully submitted,

By: /s/ *Tara N. Long*
Tara N. Long

Long Law Firm
5626 S. Loop W., Suite 255
Houston, Texas 77054
713-349-8896 (ph.)
713-349-8863 (fax)

longlawfirm@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Appellant's Motion for Leave to File Supplemental Brief was sent by first class U. S. Mail, postage prepaid, to the following:

Honorable Noble Walker, Hunt County District Attorney, P. O. Box 441, Greenville, Texas 75403-0441 on this the 1st day of April, 2015.

MARLO DONTA PERSONS, TDJC#1939454, Eastham Unit, 2665 Prison Rd. #1, Lovelady, Texas 75851 on this the 1st day of April, 2015.

The Law Office of Elisha Hollis, P.O. Box 1535, Greenville, Texas 75403, ElishaHollis@gmail.com on the 1st day of April, 2015.

/s/ *Tara N. Long*
Tara N. Long